United States Bankruptcy Court
Eastern District of Michigan

In re: DAVID BIELBY,               Case No. 09-46175-PJS
       LAURA BIELBY,               Judge: Phillip J. Shefferly
                Debtors.            Chapter 13
_____/

## ORDER CONFIRMING PLAN AND MODIFYING STAY AS TO FORD MOTOR CREDIT

        The Debtor's Chapter 13 plan was duly served on all parties in interest. A hearing on confirmation of the plan was held after due notice to parties in interest. Objections, if any, have been resolved. The Court hereby finds that each of the requirements for confirmation of a Chapter 13 plan pursuant to 11 U.S.C. §1325(a) are met.

        Therefore, IT IS HEREBY ORDERED that the Debtor's Chapter 13 plan, as last modified, if at all, is confirmed.

        IT IS FURTHER ORDERED that the claim of Marrs & Terry, PLLC, attorney for the Debtor, for the allowance of compensation and reimbursement of expenses is allowed in the total amount of $3,000.00 in fees and $0.00 in expenses, and that the portion of such claim which has not already been paid, to-wit: $3,000.00 shall be paid by the Trustee as an administrative expense of this case as follows: $1,450.00 in the first disbursement and $750.00 per month each disbursement thereafter.

        IT IS FURTHER ORDERED that the Debtor shall maintain all policies of insurance on all property of the Debtor and this estate as required by law and contract.

        All filed claims to which an objection has not been filed are deemed allowed pursuant to 11 U.S.C. §502(a), and the Trustee is therefore ORDERED to make distributions on these claims pursuant to the terms of the Chapter 13 plan, as well as all fees due the Clerk pursuant to statute.

        IT IS FURTHER ORDERED as follows: [*Only provisions checked below apply*]

   X  The Debtors shall remit __100_____% of all tax refunds to which Debtors are entitled during the pendency of the Plan and shall not alter withholdings without Court approval. The Internal Revenue Service is ordered to direct to the Chapter 13 Trustee the requisite refund to which the Debtors become entitled during the pendency of this Chapter 13 proceeding. The Internal Revenue Service will be served a copy of this order and shall have 25 days to object to this order.

   X  The automatic stay shall be lifted on the 2007 Ford Edge (VIN: 2FMDK36C87BB06103), which is the vehicle identified in Class 3(a), on May 18, 2010 upon the expiration of the lease for said vehicle. Ford Motor Credit shall not be required to file an amended proof of claim.

   X Debtors' plan payments shall be $222.36 weekly effective 5/26/2009.

APPROVED

| /s/ David Wm. Ruskin | /s/ Craig Rule | /s/ Jeffrey G. Bennett |
|---|---|---|
| DAVID WM. RUSKIN (P26803) | MICHAEL P. HOGAN (P63074) | JEFFREY G. BENNETT (P43946) |
| Chapter 13 Trustee | CRAIG B. RULE (P67005) | Marrs & Terry, PLLC |
| 26555 Evergreen Road | Attorneys for Creditor, Ford Motor Credit | Attorneys for Debtors |
| 1100 Travelers Towers | 903 N. Opdyke Rd., Suite C | 6553 Jackson Rd. |
| Southfield, MI 48076-4251 | Auburn Hills, MI 48326 | Ann Arbor, MI 48103 |
| 248-352-7755 | 248/377-0700 | 734/663-0555 |
| | ecf@kaalaw.com | marrsandterry@yahoo.com |

.

**Signed on June 02, 2009**

                                                 **___ _/s/ Phillip J. Shefferly _ __**
                                                 **Phillip J. Shefferly**
                                                 **United States Bankruptcy Judge**